**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DEJESUS

                        Plaintiff,

                  -against-

2676 GC LLC ET AL

                       Defendants.

1:25-cv-7322 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

On October 23, 2025, the Parties indicated that if mediation failed, Defendants' answer would be due 20 days after mediation ended. Dkt. No. 11. The final report from the mediator was on February 20, 2026. Dkt No. 15. Defendants are ordered to answer or else file a letter indicating if they are moving to dismiss by March 27, 2026.

**SO ORDERED.**
**Dated:**
    **March 18, 2026**
    **New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**