MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5/14/26

# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

**Abdul K. Hassan, Esq.**
Email: abdul@abdulhassan.com
*Employment and Labor Lawyer*

Tel: 718-740-1000
Fax: 718-740-2000
Web: www.abdulhassan.com

**May 13, 2026**

**Via ECF**

Hon. Andrew L. Carter, USDJ
United States District Court, SDNY
40 Foley Square, Courtroom 444
New York, NY 10007

### Re: Dejesus v. 2676 GC LLC et al
#### Case No.  25-CV-07322 (ALC)(VF)
#### Motion for Extension of Time

Dear Judge Carter:

My firm represents plaintiff in the above-referenced action, and I respectfully write with the consent of opposing counsel to request an extension of the deadline for Plaintiff to file his opposition to June 4, 2026 and an extension of the time for Defendant's reply to June 22, 2026. This request is being made because I am currently dealing with an illness and the funeral of an elderly family member and need some additional time to finalize the papers. No prior request for an extension of this deadline was made.

I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

cc:    **Defense Counsel via ECF**

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

5/14/26