MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7/2/26

# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

**Abdul K. Hassan, Esq.**                                    Tel: 718-740-1000
Email: abdul@abdulhassan.com                          Fax: 718-740-2000
*Employment and Labor Lawyer*                    Web: www.abdulhassan.com

**July 1, 2026**

**Via ECF**

Hon. Andrew L. Carter, USDJ
United States District Court, SDNY
40 Foley Square, Courtroom 444
New York, NY 10007

<u>Re: Dejesus v. 2676 GC LLC et al</u>
         Case No.  25-CV-07322 (ALC)(VF)
         **Motion for Extension of Time**

Dear Judge Carter:

       My firm represents Plaintiff in the above-referenced action, and I respectfully write with the consent of opposing counsel to request an extension of Plaintiff's deadline to file his opposition from July 2, 2026 to July 16, 2026, and a corresponding adjournment of Defendants' reply deadline from August 3, 2026 to August 17, 2026. This request is being made because the parties have made meaningful progress in settlement discussions and it is the hope of all parties that we can use the additional time to close the gap and reach resolution. Two prior requests for an extension of these deadlines were made and granted.

       I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan_____
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

cc:      **Defense Counsel via ECF**

SO ORDERED:

Hon. Andrew L. Carter, Jr.
United States District Judge

1

7/2/26